# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

_____

DALE EDELSTEIN et al.,

         Plaintiffs,

     vs.

EMPIRE FIRE AND MARINE INSURANCE CO. et al.,

         Defendants.

3:14-cv-00581-RCJ-WGC

**ORDER**

Plaintiffs sued Defendants in state court for various torts based on Defendants' failure to fully compensate Plaintiffs for fire damage covered by a homeowners' policy.  Defendants removed.  Plaintiffs moved to remand for failure to satisfy the amount in controversy.  The Court denied the motion.  Plaintiffs have asked the Court to reconsider.  The motion identifies no binding authority contrary to the Court's ruling.  The Court declines to reconsider.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Reconsider (ECF No. 21) is DENIED.

IT IS SO ORDERED.

Dated:  This 25th day of March, 2015.

_____
ROBERT C. JONES
United States District Judge